# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES THEODORE HAMLIN, | ) | NO. ED CV 09-2118 DOC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GARY SWARTHOUT, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 18, 2010

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE